UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERA BROWN, *ex rel., R. B., a minor*,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>*Commissioner of Social Security*,<br><br>    Defendant,<br><br>v.<br><br>SSAOGC,<br><br>    Interested Party. | Case No. 09-cv-249-JPG |

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the decision of the Commissioner of Social Security is reversed, and this case is remanded to the Commissioner of Social Security for further proceedings and a new decision.

**NANCY ROSENSTENGEL, CLERK**

Date: April 27, 2010                                         S/Brenda K. Lowe, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert                   EOD: **4/27/10**
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**