UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JERA BROWN, *ex rel.*, R. B., a minor,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
*Commissioner of Social Security*,

    Defendant,

v.

SSAOGC,

    Interested Party.

Case No. 09-cv-249-JPG

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Magistrate Judge Philip M. Frazier's Report and Recommendation ("R&R") (Doc. 35) of July 22, 2010, which recommends that the Court grant Plaintiff Jera Brown's Motion for Attorneys' Fees (Doc. 33). The time for objections to the R&R has passed, yet none have been filed.

After reviewing a magistrate judge's report and recommendation, the Court may accept, reject, or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those

unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, again, the Court has received no objections to the R&R.  The Court has reviewed the entire file and finds that the R&R is not clearly erroneous.  Accordingly, the Court **ADOPTS** the R&R (Doc. 35) **in its entirety**, whereby the Court **GRANTS** Brown's Motion for Attorneys' Fees (Doc. 33).

**IT IS SO ORDERED.**
**DATED: August 11, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**